**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

NOV **1 9** 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                )

        Plaintiff,                )

        )

v.                )    No.

        )

BRANDON ORLANDO BALDWIN,                )
a/k/a Brandon Muhammed, and                )    **4:14CR366 HEA/TCM**
OLAJUWON DAVIS,                )
a/k/a "Olajuwon Ali",                )
a/k/a "Brother Ali",                )

        )

        Defendants.

## INDICTMENT

### COUNT 1

The Grand Jury charges:

Beginning at a time unknown but including November 1, 2014, and continuing thereafter

to on or about November 13, 2014, with the exact dates unknown to this Grand Jury, in the

Eastern District of Missouri,

> **BRANDON ORLANDO BALDWIN,**
> **a/k/a Brandon Muhammed, and**
> **OLAJUWON DAVIS,**
> **a/k/a "Olajuwon Ali",**
> **a/k/a "Brother Ali",**

the defendants herein, aided and abetted each other, in connection with the acquisition of

firearms to wit:

1) A Hi-Point Firearm, Haskell Mfg. Inc., Model JHP .45ACP Pistol bearing serial number X4263775; and
2) A Hi-Point Firearm, Haskell Mfg. Inc., Model JHP .45ACP Pistol bearing serial number X4263774.

from Cabela's Retail – Hazelwood, Missouri, a licensed dealer, did knowingly make a false and

fictitious written statement to said dealer, which statement was intended and likely to deceive

said licensed dealer with respect to a fact material to the lawfulness of the sale of said firearms

under Chapter 44 of Title 18, of the United States Code, in that Brandon Orlando Baldwin, a/k/a

Brandon Muhammed represented that he was the actual buyer of said firearms when in fact

Brandon Orlando Baldwin, a/k/a Brandon Muhammed was acquiring said firearms on behalf of

another person.

In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A TRUE BILL.


_____

FOREPERSON


RICHARD G. CALLAHAN
United States Attorney



_____

KENNETH R. TIHEN, 37325MO
Assistant United States Attorney