UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 19 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| OLAJUWON DAVID, ) | **4:14CR366 HEA/TCM** |
| a/k/a "Olajuwon Ali", ) | |
| a/k/a "Brother Ali", ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is a threat to the community; and

2. There is a serious risk that the defendant will flee.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the defendant's initial appearance.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
KENNETH R. TIHEN, 37325MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200