

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

---

*KENNETH R. TIHEN*  *Thomas Eagleton U.S. Courthouse*   OFFICE:  314-539-2200
*Assistant United States Attorney*  *111 S. 10th Street, Rm. 20.333*   DIRECT: 314-539-6147
  *St. Louis, MO  63102*   FAX: 314-539-2177

---

November 21, 2014

Mr. Gregory Linhares, Clerk
United States District Court
111 South 10th Street
St. Louis, Missouri  63102

        *Re:  <u>U.S. v. Brandon Orlando Baldwin and Olajuwon Davis ]
            No. 4:14CR366 HEA (TCM)</u>*

Dear Mr. Linhares:

    The above indictment returned by the United States Grand Jury in the above-captioned case on November 19, 2014, was ordered suppressed.

    The United States Attorney's Office has determined there is no longer a reason to seal said indictment, and therefore, the suppression of the indictment may be lifted.  It is, therefore, requested that such be done.


                        RICHARD G. CALLAHAN
                        United States Attorney

                        *<u>s/Kenneth R. Tihen</u>*
                        By:  KENNETH R. TIHEN
                        Assistant United States Attorney

*KRT/jh*