UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00366 HEA (TCM) |
| | ) | |
| OLAJUWON DAVIS, | ) | |
| | ) | |
|     Defendant. | ) | |

## WAIVER OF FILING PRE-TRIAL MOTIONS

COMES NOW Defendant, OLAJUWON DAVIS, by and through undersigned counsel, and having been fully advised of his rights to file pretrial motions and to an evidentiary hearing thereon, hereby states that there are no issues that Defendant wishes to raise by way of said motions in the above-styled cause. Counsel has personally discussed this matter with Defendant and Defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions as there does not exist a good faith basis for filing same.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

BY: e/s JOHN M. LYNCH
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

## Certificate of Service

  I hereby certify that on February 18, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Kenneth Tihen
Assistant United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, MO 63102

            e/s John M. Lynch
            John M. Lynch