**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 4:14CR00366 HEA (TCM) |
| | ) |
| **BRANDON ORLANDO BALDWIN, and** | ) |
| **OLAJUWON DAVIS,** | ) |
| | ) |
| **Defendants.** | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen, Assistant United States Attorney for said District, and hereby moves this Court to file its Motion under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/Kenneth R. Tihen
KENNETH R. TIHEN, 37325MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Kenneth R. Tihen*
KENNETH R. TIHEN
Assistant United States Attorney