# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CR00366 HEA (TCM) |
| BRANDON ORLANDO BALDWIN, and OLAJUWON DAVIS, | ) |
| Defendants. | ) |

MOTION: Granted ✓
Denied ___
Overruled ___
Date ___
[signature] 3/5/15

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen, Assistant United States Attorney for said District, and hereby moves this Court to file its Motion under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 s/Kenneth R. Tihen
KENNETH R. TIHEN, 37325MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200