UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    4:14 CR 000366   HEA |
| | ) | |
| BRANDON ORLANDO BALDWIN, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

COMES NOW the United States of America, by and through its attorneys, Richard G.

Callahan, United States Attorney for the Eastern District of Missouri, and Kenneth R. Tihen,

Assistant United States Attorney for said District, and states that the Government has no

objections to the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 s/ *Kenneth R. Tihen*
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Brian S. Witherspoon
Assistant Federal Public Defender

Theron K. Jackson
United States Probation Officer


 s/ *Kenneth R. Tihen*
Assistant United States Attorney