# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: 09/03/2015  Case No. 4:14CR-366-HEA-2

UNITED STATES OF AMERICA vs. OLAJUWON DAVIS

Judge: HENRY E. AUTREY  Court Reporter: D. KRIEGSHAUSER

Deputy Clerk: CLK  Interpreter:

Assistant United States Attorney(s): KEN TIHEN

Attorney(s) for Defendant: JOHN LYNCH

Probation Officer: PRESENT

- [✓] Defendant/Parties present for imposition of sentence.
- [ ] No objections to presentence report filed by either party.
- [✓] Objections to presentence report filed by [✓] Defendant [ ] USA
- [✓] Objections to presentence report heard and [ ] Granted/sustained [ ] Denied [ ] as follows:
  Court Overruled Deft.'s objections

- [ ] Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
- [ ] Government's Motion is [ ] granted [ ] denied

- [ ] Letters received regarding defendant received and reviewed by the Court.
- [ ] Letters to be made part of the record and filed Under Seal.
- [✓] Sentence imposed (see judgment)
  Court informed deft. of appeal rights.

- [✓] The Court makes the following recommendations to the Bureau of Prisons:
  Deft. be considered for placement at FCI Greenville, IL or in the alternative be placed in close proximity to the St. Louis, MO area for service of sentence
- [ ] Ordered that Count(s) _____ dismissed on motion of AUSA
- [✓] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
- [ ] Notified by USMS.  [ ] Surrender date ordered: _____
- [ ] Defendant is released on Probation/Supervised Release pending processing by USMS.
- [ ] Witness testimony (see witness list) [ ] Exhibits returned to/retained by counsel (see exhibit list)
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced: 10:59 AM  Concluded: 11:16 AM