AO 245B (Rev. 09/12)

Sheet 1- Judgment in a Criminal Case

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

**JUDGMENT IN A CRIMINAL CASE**

OLAJUWON DAVIS   a/k/a "Ali,"
a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal
Raheem Lamar Xavier Ali"

CASE NUMBER:   4:14CR-00366-HEA-2

USM Number:   42142-044

**THE DEFENDANT:**

John M. Lynch

Defendant's Attorney

☒ pleaded guilty to count(s)   One(1), Two(2),Three(3) and Four(4) of the Superseding Indictment on June 2, 2015.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 844(i) and 18 U.S.C. § 844(n) | Aiding and Abetting the Use of Explosives to Maliciously Damage or Destroy a Building, Vehicle, or Real Property | Beginning at a time unknown including September 2014 to November 21, 2014 | One(1) |
| 18 U.S.C. § 371 | Conspiracy to Commit Offenses Against the United States | Beginning at a time unknown including September 2014 to November 21, 2014 | Two(2) |
| 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2) | False Statements Made in Connection with Firearms Purchase | Beginning at a time unknown including October 2014 to November 13, 2014 | Three(3) |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 3, 2015

Date of Imposition of Judgment

Signature of Judge

Honorable Henry E. Autrey

United States District Judge

Name & Title of Judge

September 3, 2015

Date signed

Record No.:   306

AO 245B (Rev. 09/12)    Sheet 1A - Judgment in a Criminal Case

|  |  |
|---|---|
| DEFENDANT: | OLAJUWON DAVIS   a/k/a "Ali,"<br>a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal<br>Raheem Lamar Xavier Ali" | Judgment-Page __2__ of __7__ |

CASE NUMBER:  4:14CR-00366-HEA-2

District:  Eastern District of Missouri

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2) | False Statements Made in Connection with Firearms Purchase | Beginning at a time un-known including October 2014 to November 13, 2014 | Four(4) |

Case: 4:14-cr-00366-HEA   Doc. #: 113   Filed: 09/03/15   Page: 2 of 8 PageID #: 387

AO 245B (Rev. 09/12) Judgment in Criminal Case Sheet 2 - Imprisonment

|  |  |
|---|---|
| OLAJUWON DAVIS a/k/a "Ali," a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal DEFENDANT: Raheem Lamar Xavier Ali" | Judgment-Page __3__ of __7__ |

CASE NUMBER: 4:14CR-00366-HEA-2

District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __84 months.__

This term consists of a term of 84 months on each of counts one, three, and four, and 60 months on count two, all such terms to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in the Residential Drug Abuse Program. It is also recommended the defendant be evaluated for participation in an Occupational/Educational program, specifically, in culinary arts. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies. It is further recommended the Deft. be considered for placement at FCI Greeville, IL or in the alternative in close proximity to the St. Louis, Missouri area for service of his sentence, if that is consistent with the Bureau of Prisons Policies.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

AO 245B (Rev. 09/12)    Judgment in Criminal Case    Sheet 3 - Supervised Release

OLAJUWON DAVIS a/k/a "Ali,"
a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal
DEFENDANT: Raheem Lamar Xavier Ali"

Judgment-Page __4__ of __7__

CASE NUMBER:   4:14CR-00366-HEA-2

District:    Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   36 months.

This term consists of a term of three years on each of counts one through four, all such terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/12)    Judgment in Criminal Case    Sheet 3C - Supervised Release

DEFENDANT:   OLAJUWON DAVIS  a/k/a "Ali,"
a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal
Raheem Lamar Xavier Ali"

CASE NUMBER:  4:14CR-00366-HEA-2

District:   Eastern District of Missouri

Judgment-Page  __5__  of  __7__

# SPECIAL CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Re-entry Center placement, residential or inpatient treatment.

3. The defendant shall submit his person, residence, office, or vehicle to a search conducted by the probation office based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B (Rev. 09/12)    Judgment in Criminal Case        Sheet 5 - Criminal Monetary Penalties

| | |
|---|---|
| OLAJUWON DAVIS  a/k/a "Ali," a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal | Judgment-Page __6__ of __7__ |

DEFENDANT:  Raheem Lamar Xavier Ali"

CASE NUMBER:  4:14CR-00366-HEA-2

District:    **Eastern District of Missouri**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $400.00 | | |

☐  The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case (AO 245C)* will be entered after such a determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

|  | Total Loss* | Restitution Ordered |
|---|---|---|
| Totals: | | |

☐ Restitution amount ordered pursuant to plea agreement    _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  The interest requirement is waived for the.  ☐ fine  ☐ restitution.

    ☐  The interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

THE COURT FINDS that the defendant does not have the ability to pay a fine.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/12)   Judgment in Criminal Case   Sheet 6 - Schedule of Payments

DEFENDANT:   OLAJUWON DAVIS  a/k/a "Ali,"
a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal
Raheem Lamar Xavier Ali"

Judgment-Page  7  of  7

CASE NUMBER:   4:14CR-00366-HEA-2

District:   Eastern District of Missouri

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of   $400.00 Special Assessment   due immediately, balance due

    ☐  not later than _____ , or

    ☐  in accordance with  ☐ C,  ☐ D, or   ☐ E below; or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ E below; or  ☒ F below; or

C  ☐  Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

**ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of counts one through four, for a total of $400, which shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
    Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT:  OLAJUWON DAVIS  a/k/a "Ali,"
a/k/a "Brother Ali," a/k/a "Olajuwon Akeem Ozreal
Raheem Lamar Xavier Ali"

CASE NUMBER:  4:14CR-00366-HEA-2

USM Number:  42142-044



# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal

☐        The Defendant was released on _____ to_____ Probation

☐        The Defendant was released on _____ to_____ Supervised Release

☐        and a Fine of_____    ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____