To: Clerk of the Court

RECEIVED
NOV 22 2017
BY MAIL

RE: USA v. Olajuwon Davis,
Case No. 4:14-cr-00366-HEA-2

FILED
NOV 22 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Dear Clerk of the Court,

My name is Mr. Ojajuwon Davis #42142-044 and I'm currently incarcerated at FCI-Milan in Milan, Michigan.

I respectfully request that you please provide me a copy of my Indictment in the above-captioned case herein Clerk of the Court.

Thank you.

Date: 11/19/17

Sincerely,

Mr. Ojajuwon Davis
#42142-044
FCI-Milan
P.O. Box 1000
Milan, MI. 48160-0190